93 A.3d 805

Raynard GRAVES, Petitioner

v.

COURT OF COMMON PLEAS PHILADELPHIA
COUNTY, Respondent.

No. 42 EM 2014.

Supreme Court of Pennsylvania.

June 13, 2014.

## ORDER

PER CURIAM.

AND NOW, this 13th day of June, 2014, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary

Relief requests extraordinary relief, it is **DENIED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending petition within 90 days of this order.